IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

PHUNG PHAN, LOAN PHAN, and TRI TRAN, individually and d/b/a QUAN DZUII,

    Defendants.

           /

No. C 12-02249 WHA

**ORDER RE SERVICE DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference came on for hearing on July 26, whereby plaintiff's counsel appeared and advised that defendants have not yet been served. Therefore, this Court **ORDERS** that if proper service is not shown by a certificate of service filed within the 120-day period, then this action will be dismissed absent a proper motion to extend time.

The case management conference is **CONTINUED** to **SEPTEMBER 6, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. In addition, please serve a copy of this order on all defendants.

**IT IS SO ORDERED.**

Dated: July 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE