IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 12-02249 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| PHUNG PHAN, et al., | |
| Defendant. | |

A November 2012 order granted plaintiff's motion to set aside defendant Tri Tran's default but denied plaintiff's request for additional time to serve that defendant (Dkt. No. 39). Since then, the parties have taken no action this case. The parties are **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute by **SEPTEMBER 11 AT NOON**. Failure to timely respond will result in immediate dismissal of the action.

**IT IS SO ORDERED.**

Dated: September 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE